AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Reservation Asset Recovery, LLC__
was received by me on *(date)* __November 17, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I served the summons at the individual's residence or usual place of abode upon _____
_____, a person of suitable age and discretion, who resides with them at _____
_____ on *(date)* _____, or

☒ I served the summons on *(name of individual)* __Amara Lopez of Registered Agents Inc__, who is designated by law to accept service of process on behalf of at *(name of organization)* __Reservation Asset Recovery, LLC__ at __1846 E. Innovation Park Dr., Ste 100, Oro Valley, AZ 85755__ on *(date)* __November 30, 2021 at 10:59am__; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: December 1, 2021

*Server's signature*

Bradley Skattum (#422) for LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ORDER RE: MOTIONS.