AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Aaron Look__
was received by me on *(date)* __November 17, 2021__.

☒ I personally served the summons on the individual at *(place)* __6308 Mills Hwy, Eaton Rapids, MI 48827__ (usual place of abode) on *(date)* __December 15, 2021 at 5:26pm__ ; or

☐ I served the summons at the individual's residence or usual place of abode upon _____, a person of suitable age and discretion, who resides with them at _____ on *(date)* _____, or

I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of at *(name of organization)* at _____ on *(date)* _____, or

☐ I returned the summons unexecuted because _____

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __December 15, 2021__

*Server's signature* (signed: Michael Hellmann)

Michael Hellmann for LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: VERIFIED COMPLAINT; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ORDER RE: MOTIONS.