Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Eric Yazzie**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Reservation Asset Recovery, LLC**, an Arizona company; **Aaron Look,** an Arizona resident; **Irene Buchholz,** an Arizona resident; **Steve Hoover,** an Arizona resident; **Jennifer Hoover,** an Arizona resident; and **Ricardo Rocha,** an Arizona resident;<br><br>Defendants. | Case No. 2:21-CV-01951-DLR<br><br>**NOTICE OF SERVICE PURSUANT TO DKT. (5)**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Notice is hereby given that on November 30, 2021, and December 15, 2021, Plaintiff, by and through undersigned counsel, served via a private process server, Order Dkt. (5) on Defendants Reservation Asset Recovery, LLC and Aaron Look.

RESPECTFULLY SUBMITTED December 21, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke