Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Eric Yazzie**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Reservation Asset Recovery, LLC**, an Arizona company; **Aaron Look,** an Arizona resident; **Irene Buchholz,** an Arizona resident; **Steve Hoover,** an Arizona resident; **Jennifer Hoover,** an Arizona resident; and **Ricardo Rocha,** an Arizona resident;<br><br>Defendants. | Case No. 2:21-CV-01951-DLR<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Plaintiff respectfully requests that the Clerk of the Court enter default against Defendant Reservation Asset Recovery, LLC, pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

RESPECTFULLY SUBMITTED December 27, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System and to the following via US Mail.

Reservation Asset Recovery, LLC
1846 E. Innovation Park Dr., Suite 100
Oro Valley, AZ 85755

Reservation Asset Recovery, LLC
2030 W BASELINE RD, #182-18798
PHOENIX, AZ, 85041

/s/ Ashley Peschke