Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Eric Yazzie**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**Reservation Asset Recovery, LLC**, an Arizona company; **Aaron Look,** an Arizona resident; **Irene Buchholz,** an Arizona resident; **Steve Hoover,** an Arizona resident; **Jennifer Hoover,** an Arizona resident; and **Ricardo Rocha,** an Arizona resident;<br><br>Defendants. | Case No. 2:21-CV-01951-DLR<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

I, Jason Barrat, having been duly sworn, upon oath, state:

1. I am the attorney for Plaintiff in the above-entitled action, and I am familiar with the file, records, and pleadings in this matter.

2. The Summons and Complaint were filed on November 17, 2021. (Dkts. 1, 2).

3. Defendant Aaron Look was served with a copy of the Summons and

Complaint by a private process server on December 15, 2021 (Dkt. 8).

4. An Answer to the complaint from Defendant Aaron Look was due on January 5, 2022.

5. Defendant Aaron Look has failed to appear, plead, or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff respectfully requests the Clerk of the Court enter default against Defendant Aaron Look.

7. In compliance with the requirements of 50 U.S.C. § 520, I verify to the best of my knowledge, information, and belief, Defendant Aaron Look is not in the military service.

8. In compliance with the requirements of the Federal Rule of Civil Procedure 55(b)(1), I verify to the best of my knowledge, information, and belief, Defendant Aaron Look is neither a minor nor an incompetent person.

WHEREFORE, the undersigned requests the Clerk of this Court to enter default against Defendant Aaron Look.

RESPECTFULLY SUBMITTED January 6, 2022.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
5050 N. 40th St. Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff