# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Yazzie, | NO. CV-21-01951-PHX-DLR |
| Plaintiff, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| Reservation Asset Recovery LLC, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Aaron Look. DEFAULT ENTERED this 7th day of January, 2022.

Debra D. Lucas<br>
District Court Executive/Clerk of Court

January 7, 2022

s/ W. Poth<br>
By   Deputy Clerk